Petition for Writ of Mandamus Denied and Memorandum Opinion filed July
14, 2009








 

Petition
for Writ of Mandamus Denied and Memorandum Opinion filed July 14, 2009.

 

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00577-CV

____________

 

IN RE N.W. ENTERPRISES, INC. D/B/A GASLIGHT NEWS &
VIDEO, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M   O P I N I O N

On June
29, 2009, relator filed a petition for writ of mandamus in this court.  See
Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004); see also
Tex. R. App. P. 52.  In the petition, relator asks this court to compel the
Honorable Jaclanel McFarland, presiding judge of the  133rd District Court of
Harris County, to stay her order of June 9, 2009, granting a temporary
injunction.

Relator
has not established that it is entitled to mandamus relief.  Accordingly, we
deny relator=s petition for writ of mandamus. 

PER CURIAM

 

Panel consists of Justices Seymore,
Brown, and Sullivan.